UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DIALLO K. BUTLER                                           PETITIONER
ADC #100323

V.                        NO. 5:16CV00193-JTR

WENDY KELLEY, Director,                                    RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Memorandum and Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITH PREJUDICE.

DATED this 27th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE